**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Telephone: (323) 306-4234
Facsimile: (866) 633-0228
**[Other Counsel on Signature Page]**

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDVIA, LLC and RANGE VIEW MANAGEMENT, LLC,<br><br>Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Case No.: 8:25-cv-01043-FWS-KES |

Plaintiff, Christopher Laccinole, by counsel, hereby notifies the Court that the parties have reached a settlement of all claims and will file a stipulation of dismissal upon completion of the related settlement documentation.

Dated: March 9, 2026. Respectfully submitted,

*/s/ John A. Love*
John A. Love*
**LOVE CONSUMER LAW**

2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
404.855.3600
tlove@loveconsumerlaw.com

Todd M. Friedman
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

*Admitted *pro hac vice*

*Counsel for Plaintiff*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause. On March 9, 2026, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: NOTICE OF SETTLEMENT in said case as follows:

[x] ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 2500 Northwinds Parkway, Suite 330, Alpharetta, GA 30009.

Executed on March 9, 2026, at Alpharetta, GA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: *<u>/s/ John A. Love</u>*
John A. Love